ACCEPTED
12-15-00219-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/16/2015 10:00:46 AM
Pam Estes
CLERK

No. 12-15-00219-CV

In the Court of Appeals
Twelfth District of Texas at Tyler

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/16/2015 10:00:46 AM
PAM ESTES
Clerk

**MJS and Associates, L.L.C.**
Appellant

v.

**Judy Master, RN and Matthew Master**
Appellees

Appeal from the 145th Judicial District Court
Nacogdoches County, Texas
Cause No. C127910, Hon. Campbell Cox, II, Presiding

**MJS's Unopposed Motion to Extend Time
for Filing Appellant's Brief**

## I.   Introduction

Under Texas Rule of Appellate Procedure 10.5(b), Appellant MJS and Associates, L.L.C. requests a 3-week extension of time in which to complete its appellant's brief in this case, making the brief due on November 19, 2015. This motion is unopposed by the appellees.

## II.   Rule 10.5(b) Requirements

### A.   Current Deadline

The current deadline for MJS's appellant's brief is October 29, 2015.

**B.    Extension**

MJS seeks an extension of 3 weeks, until November 19. MJS has not requested any previous extensions for this brief.

**C.    Reasonable Explanation**

This appeal involves a novel, important, and complicated legal issue that will require additional time to sufficiently research and brief. The issue is whether an employee may use her employer's proprietary and confidential information in a *qui tam* action against the employer's client, which is a question of first impression in Texas and perhaps the nation.

Additionally, numerous competing projects with prior deadlines have taken and will continue to take lead counsel's time in addition to the ordinary press of business:

- Assisting with numerous post-judgment motions in Case No. 10-CV-0990-A, *Lindstrom Cleaning and Construction, Inc. v. Betzler Investments, LLC*, in the 122nd Judicial District of Galveston County, Texas. Final judgment was entered in that case on September 2, and post-judgment motions were due on October 2.

- Drafting the reply brief in Case No. 15-20260, *Rasheed al Rushaid, et al. v. National Oilwell Varco, Inc., et al.*, in the

United States Court of Appeals for the Fifth Circuit. That brief was due on October 5.

- Traveling to New York City from October 7 to 9 to participate in a conference before the international arbitral tribunal in ICC Case No. 20685/ZF, *National Oilwell Varco, Inc., et al. v. Rasheed al Rushaid, et al.*

- Assisting with extensive post-trial research and briefing in Case No. 2013-65334, *Rogers et al. v. Sunbelt Rentals, Inc. and Cody Fox*, in the 151st Judicial District of Harris County, Texas. The jury returned a verdict in that case on September 24 and a hearing on entry of judgment is set for October 26.

In order to adequately assist the Court in deciding the issues in this case, counsel requests an additional 3 weeks in order to complete MJS's appellant's brief. No act of MJS contributed to the need for an extension of time.

## III. Prayer

MJS requests an extension of 3 weeks for filing its appellant's brief, making the brief due on November 19, 2015.

Respectfully submitted,

    /s/ Michelle R. Meriam

Michelle R. Meriam
Texas Bar No. 24063871
michellemeriam@warejackson.com
Timothy F. Lee
Texas Bar No. 12139500
timlee@warejackson.com
Ware, Jackson, Lee, O'Neill,
    Smith & Barrow, LLP
2929 Allen Parkway, 39th Floor
Houston, Texas 77019
(713) 659-6400
(713) 659-6262 (fax)

Russell R. Smith
Texas Bar No. 18682310
RSmith@fairchildlawfirm.com
W. Wade Flasowski
Texas Bar No. 24055482
Fairchild, Price, Haley & Smith, LLP
P.O. Drawer 631668
Nacogdoches, Texas 75963-1668
(936) 569-2327
(936) 569-7932 (fax)

Mark Kennedy
Texas Bar No. 24000122
mark@markkennedylaw.com
Joanna Martin
Texas Bar No. 24072153
joanna@markkennedylaw.com
Kennedy Attorneys & Counselors at Law
12222 Merit Drive, Suite 1750
Dallas, Texas 75251
(214) 445-0740
(972) 661-9320 (fax)

**Attorneys for Appellant**

## Certificate of Conference

I spoke with Jerry Baker, local counsel for appellees, on October 14, 2015 and with Joseph M. Callow, Jr., lead counsel for appellees, on October 15. Appellees do not oppose this motion.

<u>/s/ Michelle R. Meriam</u>
Michelle R. Meriam


## Certificate of Service

On October 16, 2015, before the last day for filing this motion, a true and correct copy of this motion was provided to all counsel of record via ProDoc or email, as follows:

Jerry Baker
Travis P. Clardy
Clardy Law Offices
209 E. Main St.
P.O. Box 635426
Nacogdoches, Texas 75961
(936) 564-2500
(936) 564-2507 (fax)

Gregory M. Utter
Joseph M. Callow, Jr.
Danielle M. D'Addesa
Keating Muething & Klekamp
One East Fourth St., Suite 1400
Cincinnati, Ohio 45202
(513) 579-6400
(513) 579-6457 (fax)

**Attorneys for Appellees**

<u>/s/ Michelle R. Meriam</u>
Michelle R. Meriam